# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA

V.

JEFFREY RICHARD FRANKLIN

## ORDER OF DISCHARGE AND DISMISSAL/EXPUNGEMENT

CASE NUMBER: 0972 2:06CR00225-01

## ORDER DISCHARGING DEFENDANT FROM PROBATION AND DISMISSING PROCEEDINGS

The supervising probation officer having reported that the defendant has complied with the conditions of probation, and having recommended that the defendant be discharged from probation at this time and that the proceedings be dismissed pursuant to 18 U.S.C. § 3607(a),

IT IS SO ORDERED.

_____11/15/07_____
Date

_____
Signature of Judge

DALE A. DROZD, U. S. MAGISTRATE JUDGE
*Name and Title of Judge*

**LODGED**

**NOV 14 2007**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CC:   Assistant United States Attorney